**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:14-cv-01452-REB

WILDEARTH GUARDIANS,

    Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior;
UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, an agency within the U.S. Department of the Interior;
S.M.R. JEWELL, in her official capacity as U.S. Secretary of the Interior;
Federal Defendants,
BLUE MOUNTAIN ENERGY, INC.,

    Intervenor-Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before the court on the **Joint Motion to Continue to Stay Briefing Schedule** [#30][1] filed October 7, 2015.  I grant the motion and close this case administratively pending completion of settlement discussions between the parties.

    This case was filed May 23, 2014.  The administrative record and the opening brief of the plaintiff were filed.  Then, all briefing was stayed for a period of 180 days. *Order* [#26].  In the joint motion to stay [#30], the parties report that the parties have reached a provisional settlement in related administrative proceedings before the

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Environmental Protection Agency. Those settlements, the parties report, may pave the way to a settlement of this case. Given the prospect of settlement, the parties ask that the stay on briefing in this case be continued indefinitely. Given these circumstances, I find and conclude that administrative closure of this case, subject to re-opening for good cause, is appropriate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Continue to Stay Briefing Schedule** [#30] filed October 7, 2015, is granted on the terms stated in this order;

2. That under **D.C.COLO.LCivR 41.2**, this case is **CLOSED ADMINISTRATIVELY**; and

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this case administratively, subject to reopening for good cause.

Dated October 8, 2015, at Denver, Colorado.

                                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge