## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  14-cv-01452-REB

WILDEARTH GUARDIANS,

     Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the U.S.
Department of the Interior,
UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND
ENFORECEMENT, an agency within the U.S. Department of the Interior,
S.M.R. JEWELL, in her official capacity as U.S. Secretary of the Interior,

     Federal Defendants,

BLUE MOUNTAIN ENERGY, INC.,

     Intervenor-Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal** [#32][1] filed March 25,

2016.  After careful review of the stipulation and the file, I conclude that the stipulation

should be approved and that this case should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal** is approved; and

     2.  That this case is dismissed with prejudice with the parties to pay their own

---

[1]  "[#32]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

attorney fees and costs.

      Dated March 25, 2016, at Denver, Colorado.

                        **BY THE COURT:**

                        Robert E. Blackburn
                        United States District Judge